# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ARMANDO DIAZ, | CASE NO. 1:08-cv-00912-OWW-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | (Doc. 15) |
| K. W. PRUNTY, et al., | |
| Defendants. | |
| _____/ | |

On June 26, 2009, Plaintiff Jorge Armando Diaz, a state prisoner who was proceeding pro se in this civil action, filed a motion seeking leave to proceed in forma pauperis on appeal. Plaintiff was granted leave to proceed in forma pauperis in the action proceeding in this court and is therefore automatically entitled to proceed in forma pauperis on appeal, absent revocation of in forma pauperis status, which has not occurred. Fed. R. App. P. 24(a)(3).

Accordingly, Plaintiff's motion for leave to proceed in forma pauperis on appeal is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:    **July 6, 2009**          _____ **/s/ Oliver W. Wanger** _____
                                              UNITED STATES DISTRICT JUDGE

1